```
 1  Vanessa R. Waldref
    United States Attorney
 2  Eastern District of Washington
 3  Caitlin Baunsgard
    Assistant United States Attorney
 4  Post Office Box 1494
 5  Spokane, WA 99210-1494
 6  Telephone: (509) 353-2767
```

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 1 9 2021

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIAN GRACE FLEMING and GARY ERWIN DOUGLASS,<br><br>Defendants. | 2:21-CR-145-TOR<br><br>INDICTMENT<br><br>Vio: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(i), 846 Conspiracy to Distribute 500 Grams of Methamphetamine and 100 Grams of Heroin (Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) Distribution of 50 Grams of Methamphetamine (Count 2)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C) Possession with Intent to Distribute Heroin (Count 3)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(B)(i) Possession with Intent to Distribute 100 Grams of Heroin (Count 4) |

INDICTMENT – 1

21 U.S.C. § 841(a)(1), (b)(1)(C)
Possession with Intent to
Distribute Methamphetamine
(Count 5)

21 U.S.C. § 853
Forfeiture Allegation

The Grand Jury charges:

## COUNT 1

On a date unknown, but by on or about August 2020, and continuing until on or about August 2021, in the Eastern District of Washington and elsewhere, the Defendants, MARIAN GRACE FLEMING and GARY ERWIN DOUGLASS, and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 500 grams or more of a mixture or substance containing methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(i); all in violation of 21 U.S.C. § 846.

## COUNT 2

On or about July 3, 2021, in the Eastern District of Washington, the Defendant, MARIAN GRACE FLEMING, did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

INDICTMENT – 2

## COUNT 3

On or about July 27, 2021, in the Eastern District of Washington, the Defendants, MARIAN GRACE FLEMING and GARY ERWIN DOUGLASS, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 4

On or about October 2, 2020, in the Eastern District of Washington, the Defendants, MARION GRACE FLEMING and GARY ERWIN DOUGLASS, did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(i).

## COUNT 5

On or about October 2, 2020, in the Eastern District of Washington, the Defendants, MARIAN GRACE FLEMING and GARY ERWIN DOUGLASS, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841(a)(1), 846, as set forth in this Indictment, the Defendants, MARIAN GRACE FLEMING and GARY ERWIN DOUGLASS, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

INDICTMENT – 3

If any forfeitable property, as a result of any act or omission of the Defendant(s):

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 19th day of October, 2021.

_____
Vanessa R. Waldref
United States Attorney

_____
Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT – 4