## United States District Court

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2022

SEAN F. McAVOY, CLERK

**United States of America**  )
)
vs )
)
**Gary Erwin Douglass** )   Case No. 2:2100145-TOR-2

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Gary Erwin Douglass, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

On January 5, 2022, Mr. Douglass appeared before the Court for the purpose of a detention review hearing after his successful completion of inpatient substance abuse treatment. The Court ordered Mr. Douglass to be released under conditions of pretrial release supervision (ECF No. 67). Since his release from custody, one petition alleging noncompliance was submitted to the Court. Upon the undersigned officer's recommendation, the Court took no action at that time.

Additional condition number 11 requires Mr. Douglass to remain in the Eastern District of Washington while the case is pending, unless a motion requesting travel outside of the district is granted by the Court. Mr. Douglass recently inquired about traveling to Coeur d'Alene, Idaho for a church-related function that will occur in September 2022.

The undersigned officer respectfully recommends Mr. Douglass' release condition regarding his travel restrictions be modified to allow him to travel to Idaho for his church function. Additionally, the requested modification will allow the U.S. Probation Office the ability to approve future travel requests.

**Modified Condition:** Defendant shall remain in the Eastern District of Washington while the case is pending. Defendant may be permitted to travel outside this geographical area with advance notice and approval from U.S. Probation.

The U.S. Attorney's Office does not object to this modification request.

I consent to this modification of my release conditions and agree to abide by this modification.

_Gary Douglass_    8-24-2022        _Erik Carlson_    8-24-22
Signature of Defendant    Date        Pretrial Services/Probation Officer    Date

Gary Erwin Douglass                 Erik Carlson

I have reviewed the conditions with my client and concur that this modification is appropriate.

| Approved Telephonically | 08/25/2022 |
|---|---|
| Signature of Defense Counsel | Date |

Bryan Whitaker

[X] The above modification of conditions of release is ordered, to be effective on 8/25/22.

[ ] The above modification of conditions of release is <u>not</u> ordered.

| *signature* | 8/25/22 |
|---|---|
| Signature of Judicial Officer | Date |

James A. Goeke